EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  2286
Chief, Narcotics Section

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 3 0 2004

at __4__ o'clock and __ min. __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO CR04-00250 SOM |
| Plaintiff, | ) INDICTMENT |
| | ) [18 U.S.C. §§ 922(g) and |
| vs. | ) 924(a)(2)] |
| NUU MANU, aka "Junior Manu," | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges that:

On or about June 18, 2004, in the District of Hawaii, defendant NUU MANU, aka "Junior Manu" having been convicted of a crime punishable by imprisonment for a term exceeding one year,

possessed in and affecting commerce a firearm, that is, a loaded .40 caliber Smith and Wesson Model 4006 pistol, Serial # TVR323639.

All in violation of Title 18 United States Code, Sections 922(g) and 924(a)(2).

DATE: JUN 3 0 2004, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Nuu Manu, aka "Junior Manu"
Cr. No. _____
INDICTMENT

2