EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00250 SOM |
|---|---|---|
| Plaintiff, | ) | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | ) | |
| NU'U MANU, | ) | |
| Defendant. | ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  The Warden, Federal Detention Center, 351 Elliot Street, Honolulu, Hawaii; and to the United States Marshal for the District of Hawaii, or his/her assistant.

G R E E T I N G S

We command that you, the Warden of the Federal Detention Center, 351 Elliot Street, Honolulu, Hawaii, produce the body of NU'U MANU, now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and further that the United States Marshal upon taking custody of said defendant produce said defendant before the Honorable Susan Oki Mollway, United States

District Court Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on the 12th day of February, 2007 at 9:00 a.m. for a hearing on Motion For Correction of Sentence of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said NU'U MANU shall remain with the United States Marshal. The delivery of the body of said NU'U MANU by the United States Marshal to the courtroom of the Honorable Susan Oki Mollway as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said NU'U MANU to the custody of the Federal Detention Center, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable Barry M. Kurren, Magistrate of the United States District Court for the District of Hawaii.

DATED: __FEB 0 9 2007__, at Honolulu, Hawaii.

SUE BEITIA, Clerk
United States District Court
for the District of Hawaii

_____
DEPUTY CLERK

United States v. Nu'u Manu
Criminal No. 04-00250 SOM
"Writ of Habeas Corpus Ad Prosequendum"