# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/12/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 04-00250SOM

CASE NAME:         USA vs. Nuu Manu

ATTYS FOR PLA:     Loretta Sheehan

ATTYS FOR DEFT:    Pamela O'Leary Tower

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 2/12/2007 | TIME: | 11:05 - 11:25 |

COURT ACTION:  EP: Motion for Correction of Sentence for Changed Circumstances Pursuant to F.R.Cr.P. 35(b) -

Defendant Nuu Manu present and in custody.

Arguments.

Motion for Correction of Sentence for Changed Circumstances Pursuant to F.R.Cr.P. 35(b) - Granted, and Defendant's sentence is reduced by 11 months.

Defendant to serve 41 months in custody.

All other matters remain the same.

Defendant advised of his right to appeal.

Government to prepare the order.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.